WILLIAMS, KASTNER & GIBBS PLLC
Theresa H. Rava, SBN 272343
trava@williamskastner.com
601 Union Street, Suite 4100
Seattle, WA 98101
Telephone: (206) 628-6600
Fax: (206) 628-6611

*Attorneys for Plaintiffs F-19 Holdings, LLC and F19 Franchising, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| F19 FRANCHISING, LLC, a California limited liability company; F-19 HOLDINGS, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>ENDO FITNESS LL, LLC, a California limited liability company, ENDO FITNESS 3, LLC, a California limited liability company, ENDO FITNESS, LLC, a California limited liability company, ROBERT RODGER, individually, PAUL RICE, individually, PAUL INFALD, individually, and ADAM OSBORN, individually,<br><br>Defendants. | NO. 2:23-CV-00185-MEMF-JC<br><br>**STIPULATION FOR ENTRY OF PERMANENT INJUNCTION**<br><br>[Proposed Order Filed Concurrently Herewith]<br><br>Judge: Hon. Maame Ewusi-Mensah Frimpong<br>Dept.: Courtroom 8B<br><br>Complaint Filed: January 11, 2023 |

---
STIPULATION FOR ENTRY OF PERMANENT INJUNCTION

4888-1919-6110.1
4888-1919-6110.1

**STIPULATION FOR ENTRY OF PERMANENT INJUNCTION**

Plaintiffs F-19 Holdings, LLC and F19 Franchising, LLC and Defendants Endo Fitness LL, LLC, Endo Fitness 3, LLC, Endo Fitness, LLC, Robert Rodger, Paul Rice, Paul Infald, and Adam Osborn (the "Parties"), by and through their counsel of record, having reached a settlement agreement, hereby stipulate and agree to the following:

1. Plaintiffs filed this action for alleged trademark infringement and other claims and sought a Permanent Injunction and other relief against the Defendants.

2. On July 28, 2023, this Court entered an Order Granting Plaintiffs' Request for a Temporary Restraining Order enjoining Defendants Endo Fitness LL, LLC, Robert Rodger, Paul Rice, Paul Infald, Adam Osborn, and their respective officers, agents, servants, employees, and all persons acting in active concert and participation with them (collectively, "Defendants") from using the FITNESS 19 Mark, or any mark confusingly similar thereto, in connection with operating a gym in Loma Linda, California. (DKT. #47.) The temporary restraining order went into effect on August 8, 2023.

3. On September 28, 2023, Defendants Endo Fitness LL, LLC, Endo Fitness 3, LLC, Endo Fitness, LLC, Robert Rodger, Paul Rice, Paul Infald, and Adam Osborn, filed a Notice of Non-Objection to Preliminary Injunction. (DKT. #70.)

4. Defendants, without admitting the allegations in the Second Amended Complaint and without admitting that grounds exist for imposition of an injunction, consent to the entry of a permanent injunction in the above-entitled action.

5. Based on the foregoing, the Parties now stipulate to entry of a permanent injunction against the Defendants under the same terms as those set forth in the Court's July 28, 2023, Order (DKT. #47).

6. The Parties further stipulate and agree that, prior to the filing of any motion for an order to show cause for contempt for violation of the permanent injunction, F19 Franchising, LLC and/or F-19 Holdings, LLC will notify Defendants of the violation and Defendants will have seven (7) days to cure.

7.  By entering into this Stipulation the Parties do not waive compliance and herein agree that the Parties shall comply with all applicable Local Civil Rules of the Central District of California.

A Proposed Order is being filed concurrently herewith.

SO STIPULATED.

DATED this 3rd day of July 2024.

                                            WILLIAMS KASTNER & GIBBS PLLC

                                            By: /s/ Theresa H. Rava_____
                                                THERESA H. RAVA
                                            *Attorneys for Plaintiffs F-19 Holdings, LLC and F19 Franchising LLC*

                                            LEWITT HACKMAN

                                            By: /s/ Jeffrey Kobulnick____
                                              JEFFREY KOBULNICK
                                              JESSICA ROSEN
                                              HEIDY NURINDA
                                            *Attorneys for Defendants*

4888-1919-6110.1
4888-1919-6110.1