O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| F19 FRANCHISING, LLC, a Delaware limited liability company; F-19 HOLDINGS, LLC, a California limited liability company,<br><br>Plaintiffs,<br>v.<br><br>ENDO FITNESS LL, LLC, a California limited liability company; ENDO FITNESS 3, LLC, a California limited liability company; ENDO FITNESS, LLC, a California limited liability company; ROBERT RODGER, individually, PAUL RICE, individually, PAUL INFALD, individually, and ADAM OSBORN, individually,<br><br>Defendants. | Case No.:  2:23-cv-00185-MEMF-JCx<br><br>**ORDER ENTERING PERMANENT INJUNCTION [ECF No. 116]** |

    This matter came before the Court on Plaintiffs' and Defendants' Stipulation for Entry of Permanent Injunction. Based on the pleadings and documents on file, IT IS HEREBY ORDERED that the parties' Stipulation for Entry of Permanent Injunction is GRANTED as follows: Defendants Endo Fitness LL, LLC, Robert Rodger, Paul Rice, Paul Infald, Adam Osborn, and their respective officers, agents, servants, employees, and all persons acting in active concert and participation with

them are permanently enjoined from using the FITNESS 19 Mark, or any mark confusingly similar thereto, in connection with operating a gym in Loma Linda, California. This Court shall retain jurisdiction of this matter for all purposes.

IT IS SO ORDERED.

Dated: July 8, 2024

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge