**O, JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| F19 FRANCHISING, LLC, a Delaware limited liability company; F-19 HOLDINGS, LLC, a California limited liability company,<br><br>      Plaintiffs,<br><br>   v.<br><br>ENDO FITNESS LL, LLC, a California limited liability company; ENDO FITNESS 3, LLC, a California limited liability company; ENDO FITNESS, LLC, a California limited liability company; ROBERT RODGER, individually, PAUL RICE, individually, PAUL INFALD, individually, and ADAM OSBORN, individually,<br><br>      Defendants. | Case No.:  2:23-cv-00185-MEMF-JCx<br><br>**ORDER DISMISSING ACTION [ECF NO. 120]** |

On September 24, 2024, Plaintiffs F-19 Holdings, LLC and F19 Franchising LLC and Defendants Endo Fitness LL, LLC, Endo Fitness 3, LLC, Endo Fitness, LLC, Robert Rodger, Paul Rice, Paul Infald, and Adam Osborn filed a Joint Stipulation to Dismiss with Prejudice. ECF No. 120 ("Stipulation").

The Court, having considered the Stipulation, hereby DISMISSES the action in its entirety with prejudice, with each side to bear its own costs and attorney's fees.

IT IS SO ORDERED.

Dated: September 25, 2024

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge